**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:16-cr-107-Orl-37TBS**

**KIMBERLY CARNELL WHITE, JR.**

---

## CERTIFICATE OF EXHIBIT RETURN

The exhibit (see Exhibit List filed at Doc 70) of the government from the sentencing hearing held November 21, 2016 has been returned (via interoffice mail) to counsel as authorized by Local Rule 5.04 of the Local Rules of the United States District Court for the Middle District of Florida.

DATE OF RETURN: January 13, 2017

SHERYL L. LOESCH, CLERK

/s/ Virginia Flick, Deputy Clerk